USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-19

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

December 13, 2019

**VIA ECF**

Hon. Andrew L. Carter
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

MEMO ENDORSED

　　　　Re:　Gonzalez Martinez v. Discount Crotona Inc., et al;
　　　　　　　Case No. 19-cv-294-ALC

Dear Judge Carter:

　　　This office represents Plaintiff in the above-referenced matter. We write to request a 30-day extension of time to restore the action to the calendar from today, December 13, 2019, to Monday, January 13, 2020. The parties have finalized their settlement agreement, but still need additional time to get it executed and to complete their fairness motion. This is the third request for an extension. Defendants consent to this request. The Court has granted the previous requests for an extension.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ Michael Faillace, Esq.*
　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

SO ORDERED

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12-13-19

*Certified as a minority-owned business in the State of New York*